

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────────

RODRIGO FERREIRA DE SOUZA,

    Petitioner,

v.                                25-CV-980 (JLS)

PATRICIA HYDE, *Acting Field Office Director, ICE Boston Field Office,*
KRISTI L. NOEM, *Secretary of the U.S. Department of Homeland Security,*
PAMELA BONDI, *Attorney General of the United States,*

    Respondents.

───────────────────────────────────

## ORDER

Petitioner Rodrigo Ferreira de Souza, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, he seeks relief under 28 U.S.C. § 2241. Dkt. 1. Petitioner paid the $5.00 filing fee and is represented by counsel.

IT IS HEREBY ORDERED that, by **November 24, 2025**, Respondents shall file and serve an answer responding to the allegations in the petition; and it is further

ORDERED that, by **November 24, 2025**, Respondents shall file and serve, along with their answer, a memorandum of law that addresses each issue raised in the petition and includes citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **November 24, 2025**, Respondents may file, instead of an answer, a motion to dismiss the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner shall file a written response to Respondents' answer or motion to dismiss by **December 19, 2025**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at <u>USANYW-Immigration-Habeas@usdoj.gov</u>; and it is further

Dated:     October 9, 2025
           Buffalo, New York

*/s/ John L. Sinatra, Jr.*
_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE